IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| WILLIAM EBERT, | ) |
| | ) |
| v. | ) CAUSE NO. 1:17-CV-1933-SEB-DML |
| | ) |
| HOWARD COUNTY SHERIFF'S DEPARTMENT | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Comes now the Plaintiff, William Ebert, by counsel, and comes now the Defendant, Howard County Sheriff's Department, by counsel, and file their Stipulation of Dismissal.

The Court, being duly advised in the premises, now **ORDERS, ADJUDGES AND DECREES** that this cause should be, and the same is hereby **DISMISSED** as to this Defendant, with prejudice. Costs paid.

Date: 11/29/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies To:
Aimee R. Cole
Travelers Staff Counsel Indiana
280 East 96th Street, Suite 325
Indianapolis, IN 46240

Craig R. Karpe
KARPE LITIGATION GROUP
19 West 19th Street
Indianapolis, IN 46202